## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03362-WYD-MEH

TERRY A. STOUT, an individual,

    Plaintiff,

v.

GYRODATA, INC., a Texas corporation,

    Defendant.

---

### CERTIFICATE OF SERVICE PURSUANT TO D.C.COLO.LCivR 72.2

---

Undersigned counsel for Defendant hereby certifies that on December 27, 2011 true and correct copies of the following were sent via first-class mail, postage prepaid, to Plaintiff's counsel (Bryan E. Kuhn, Esq., at 1660 Lincoln Street, Suite 2330, Denver, Colorado 80264):  (1) Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction; (2) D.C.COLO.LCivR 72.2; (3) the related forms provided by the Court; and (4) this certificate.

Respectfully submitted this 27th day of December, 2011.

*s/ Matthew J. Rita*
Matthew J. Rita, Esq.
Leslie E. Miller, Esq.
FORD & HARRISON LLP
1675 Broadway, Suite 2150
Denver, Colorado  80202-4679
Telephone:  (303) 592-8860
Fax:  (303) 592-8861
E-mail:  *mrita@fordharrison.com*
        *lmiller@fordharrison.com*

*Attorneys for Defendant*